**Paul Leon THOMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73971.**

Missouri Court of Appeals,
Western District.

July 24, 2012.

Rosemary Percival, Kansas City, MO, for Appellant.

Jennifer Wideman, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Mr. Paul Leon Thompson appeals from the trial court's judgment denying his motion for post-conviction relief under Rule 24.035 after an evidentiary hearing. Mr. Thompson pled guilty to two counts of second-degree assault. He contends he received ineffective assistance of counsel.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).